IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CERTAINTEED CORPORATION,<br>750 East Swedesford Road<br>Valley Forge, PA 19482<br><br>**Plaintiff,**<br><br>v.<br><br>KNAUF INSULATION, SPRL,<br>Rue de Maestricht 95<br>4600 Visé<br>Belgium<br><br>**Defendant..** | CIVIL ACTION<br><br>Case: 1:11-cv-00623<br>Assigned To : Howell, Beryl A.<br>Assign. Date : 3/25/2011<br>Description: General Civil |

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff CertainTeed Corporation ("CertainTeed") alleges as follows:

### PARTIES

1. CertainTeed is a Delaware corporation with its principal place of business in Valley Forge, Pennsylvania.

2. On information and belief, Knauf Insulation, SPRL ("KI-BE") is a Belgian company with a principal place of business at Rue de Maestricht 95, 4600 Visé, Belgium.

### JURISDICTION

3. This case arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*

4. This Court has subject matter jurisdiction over this complaint pursuant to 28 U.S.C. §§ 1331 and 1338 and 35 U.S.C. § 293.

5. On information and belief, KI-BE is a non-resident patentee who has not filed a written designation pursuant to 35 U.S.C. § 293 with respect to United States Patent No. 7,854,980 ("the '980 patent"). Accordingly, personal jurisdiction over KI-BE in this Court is appropriate.

**VENUE**

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(c) and (d).

**BACKGROUND**

7. The United States Patent and Trademark Office issued the '980 patent entitled "Formaldehyde-Free Mineral Fibre Insulation Product" on December 21, 2010. A true and correct copy of the '980 patent is attached as Exhibit A.

8. On information and belief, by virtue of an October 1, 2009 assignment, KI-BE is the owner of all rights, title and interest in the '980 patent.

9. On February 28, 2011, Knauf Insulation Limited, a United Kingdom company, PO Box 10, Stafford Road, St. Helens, Merseyside, WA10 3NS, United Kingdom ("KI-UK"), a sister company of KI-BE, sued CertainTeed in the United States District Court for the Southern District of Indiana ("the Indiana court") alleging (Complaint, ¶10) that CertainTeed's "fiberglass insulation product, including but not necessarily limited to CertainTeed's Sustainable Insulation™ product" infringes the '980 patent. Civil Action 11-cv-0300 TWP-DML. Upon information and belief, the Indiana court lacks subject matter jurisdiction since KI-BE rather than KI-UK owns the '980 patent. Due to this infringement allegation and this suit by KI-UK, a sister company of KI-BE, there is an actual and justiciable controversy between CertainTeed and KI-BE, the owner of the '980 patent, as to whether the '980 patent is valid and infringed. Further, CertainTeed has a reasonable apprehension of suit from KI-BE, the owner of the '980 patent.

## COUNT I
### Declaratory Judgment of Non-Infringement of United States Patent No. 7,854,980

10. The allegations of paragraphs 1 through 9 are incorporated by reference as though fully set forth herein.

11. CertainTeed has not infringed and is not infringing, directly, indirectly, contributorily, by active inducement, or otherwise, any valid claim of the '980 patent.

## COUNT II
### Declaratory Judgment of Invalidity of United States Patent No. 7,854,980

12. The allegations of paragraphs 1 through 9 are incorporated by reference as though fully set forth herein.

13. One or more claims of the '980 patent are invalid for failure to comply with one or more of the requirements of Title 35, United States Code, including, but not limited to, 35 U.S.C. § 101 *et seq.*

## REQUEST FOR RELIEF

WHEREFORE, CertainTeed prays for judgment against KI-BE as follows:

(a) Declaring that the '980 patent is not infringed by CertainTeed's products asserted to infringe;

(b) Declaring that one or more claims of the '980 patent are invalid;

(c) Awarding CertainTeed reasonable attorney fees pursuant to 35 U.S.C. § 285;

(d) Awarding CertainTeed its costs pursuant to Rule 54(d), Fed. R. Civ. P.; and

(e) Granting CertainTeed such other relief as the Court deems just and proper.

Dated: March 24, 2011                    Respectfully submitted,

_____
Robert Craig Nissen, D.C. Bar No. 455576
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
E-mail: rnissen@oblon.com

*Counsel for Plaintiff*
*CertainTeed Corporation*

OF COUNSEL:
Barry J. Herman, D.C. Bar No. 473947 (application for admission to be filed)
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA  22314
Tel: (703) 413-3000
Fax: (703) 413-2220
E-mail: bherman@oblon.com